993 F.2d 226
 United Mine Workers of America, International Union, United
Mine Workers of America, District 31, United Mine
Workers of America, Local Union No. 2095
v.
Kitt Energy Corporation, Pike Coal Company, Royal Land Compa
Company, Black Diamond Energies, Inc., d/b/a B.D.E. Black
Diamond Energy, Inc., Consolidation Coal Company, Keystone
Coal Company, Philippi Mining Co., Philippi Land Holding
Co., Standard Oil Company, Philippi Prep Plant Co.
 NO. 92-3200
 United States Court of Appeals,
Third Circuit.
 Mar 22, 1993
 
 Appeal From: W.D.Pa.,
 Ziegler, J.
 
 
 1
 AFFIRMED.